AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jeffrey John Armstrong | ) | 3:21MJ5029 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
4:00 pm Feb 22 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10 - 22, 2021__ in the county of __Mercer__ in the __Northern__ District of __Ohio-Western Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 2252(a)(2) | Receipt and Distribution of Child Pornography |
| Title 18 U.S.C. Section 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian E. Russ - Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/22/2021

City and state: Toledo, Ohio



Thomas M. Parker, United States Magistrate Judge