IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No. 3:21MJ5029

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian E. Russ, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint for the purpose of establishing probable cause that JEFFREY JOHN ARMSTRONG, age 51, currently residing at 4789 State Route 707, Rockford, Ohio 45882, has violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Child Pornography, and 18 U.S.C. § 2422(b) Coercion and Enticement.

2. Your Affiant is an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3. I have been a Special Agent with the FBI since 1999. I am currently assigned to the FBI Cleveland Division, Lima Resident Agency. Prior to this, I was assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I was previously employed as a Police Officer with the Anderson Police Department, Anderson, Indiana from 1994 to 1999. During my tenure as a law enforcement officer I have investigated a wide range of state and federal criminal violations, including those involving violent crime, gang activity, drug trafficking, and crimes against children matters. Since 1994, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

4. The facts in this Affidavit come from my observations, training, and experience, as well as information from other agents, law enforcement officers, and witnesses. This Affidavit is intended to show merely that there is probable cause for a Complaint and does not set forth all facts known in the investigation.

### PROBABLE CAUSE

5. On or about the evening of February 10, 2021, an FBI online covert employee (hereinafter the "OCE") was conducting an investigation into child sexual exploitation, utilizing the Kik Messenger application (hereinafter "Kik"). On this date, the OCE was posing as a stepfather who was sexually active with his 10-year-old stepdaughter. The OCE joined a number of (public) Kik groups for individuals with a sexual interest in young girls and particularly in their own minor

daughters, or other individuals' minor daughters. In most of these groups, the OCE posted a message indicating that he was a father of a 10-year-old stepdaughter.

6. Kik Messenger, or simply "Kik," is an application designed for mobile devices, which allows users to communicate by exchanging text based, or media, such as images and video, and features a number of groups that users can join, including public groups that can be freely joined, or private groups in which an administrator must approve membership. Within groups, multiple Kik users can exchange text-based communication and/or images and videos, and all members of the group can see the text and media posted by other members. When registering for a Kik account, one must select a unique user name, which is not used by any other Kik user, remains constant, and cannot be changed once the account is created.

7. On the evening of February 10, 2021, the OCE received a Kik private message, or "PM", from Kik user "yepitsme44," display name "Jj Aa," believed to be JEFFREY ARMSTRONG, who advised that he was a 50-year-old male from Ohio and who later sent an image of his face that matched an image Affiant located for ARMSTRONG. In subsequent messaging, ARMSTRONG also advised that he was a health, safety, and environmental regulatory compliance, or "HSE" manager for a large chemical company in Lima, Ohio. Affiant later learned that ARMSTRONG was employed at a chemical company in Lima. Almost immediately, ARMSTRONG stated he was, "Seeking dad who will share pics and stories of him and daughter. U play."

8. During messaging with the OCE from February 10-18, 2021, ARMSTRONG expressed a sexual interest in children, specifically girls, and disclosed that when he was a teenager, he had sexually abused a four-year-old girl for whom his mother babysat, and that he abused her for several years. The following are excerpts of communications regarding this previous sexual abuse:

- OCE: You ever active with young?
- ARMSTRONG: So hot. Wow. Yes while ago when younger. Miss it! She was 4 mom watchers her when I was a teen
- OCE: Man, that's hot. What did you do with her?
- ARMSTRONG: Touching rubbed cock on her butt and pussy. Fingered. Stroked using her hand made her open and put in mouth.
- …
- ARMSTRONG: ...I messed with that girl from 4-7.
- …
  [*days later in the communication*]
- OCE: How did the girl your mom used to babysit teach when you played with her?
- ...
- ARMSTRONG: Started rubbing her when would help in bathroom or if changing close she was kind of scared or unsure so I just tell her it's ok just helping her and it means I like her and will make her feel good.

2

- ARMSTRONG: Progressed to slipping a finger in her and would rub myself too she asked what I was doing one day and I said I was rubbing my special leave too. I used her hand to rub me.
- …
- ARMSTRONG: There would be time I would help her get swimsuit on or off too.
- ARMSTRONG: A couple time I put her on the bed and rubbed against her butt. I liked when my mom ran errands I. The summer when I was home bc I started to slip hand in shorts or pull them down to play our touch game.
- ARMSTRONG: I told her like you she could never tell or they would take me away and she wouldn't come to our house anymore ether abd everyone would say she was a bad bad girl. But it was our secret bc sgs was my sweet little girl.
- ARMSTRONG: I did pull my shorts down one day and show my hard cock she thought it was funny and I had her touch it and took her hand and stroked some.

9. During messaging with the OCE on February 10-11, 2021, ARMSTRONG advised that he wanted to initiate sexual contact with a female child, and that he was specifically thinking about possibly targeting either his six-year-old niece or a friend's five-year-old daughter. The following are excerpts of communications regarding this planned abuse:

- OCE:  Not active now?
- ARMSTRONG: No unfortunately. Just living vigsriousky through like minded. LOL. Have eye on friends daughter.
- OCE:  Nice, how old?
- ARMSTRONG:  She is 5. Not tried anything yet
- …
- ARMSTRONG:  Yeah, access is everything. Maybe I should go for my niece she is 6
- OCE: Nice. Got a pic of her? And do you ever get alone time with her?
- ARMSTRONG:  Sometimes I do.
- ARMSTRONG:  [*Transmitted image depicting male who appeared to be approximately 50 years of age with girl who appeared to be approximately 5 years of age. This image will hereafter be referred to as IMAGE ONE.*]
- OCE: How soon you plan on trying to start off with your niece? How you gonna do it?
- ...
- ARMSTRONG:  Not sure. LOL. Work to find opportunity but don't want to get caught.
- OCE:  Smart. Take your time.
- ARMSTRONG:  Yea but would also like to be able to share something so others will too and know I am not one of the thousands of fake pic collectors here
- OCE:  Trade life face pics? …

3

- ARMSTRONG: Ok
- ARMSTRONG: [*Transmitted Kik Camera image,[1] which appeared to depict the same male in IMAGE ONE. This image will hereafter be referred to as IMAGE TWO.*]

10. ARMSTRONG revealed during messaging with the OCE that he had searched pornography websites for material depicting pre-teens and that he masturbated to it.

- ARMSTRONG: [Regarding Kik groups]...I have been in the young groups a little over a week. I guess I started looking for them bc wanting to meet like minded who may have content to share and pointers on how to start with young now that I am older. Hoping to start back up and develop content I can share with trusted friends in here. I used to search web and porn sites for pics or vids and jerk too of young an preteen.

11. On February 15, 2021, ARMSTRONG revealed that on February 13, 2021, he had been responsible for watching over the five-year-old daughter of a friend. He stated that he had touched her buttocks and rubbed his clothed genitalia against her clothed buttocks, under the guise of playing a game. The following are excerpts of communications regarding this event:

- ARMSTRONG: Had friends daught at our house sat and tried some things w her. She is 5.
- OCE: Nice. What did you try?
- ARMSTRONG: Wrestle and tickling. And she squirmed touching butt.
- OCE: Nice: All over clothes?
- ARMSTRONG: Most of it but got bold and when she would escape as I let her of course I would grab her waist band and pull them down and see her bare butt god so nice touch it some but would pinch then lick I was goosing her and joke she needed to keep those up and she would laugh.
- …
- OCE: How's you get time alone with her?
- ARMSTRONG: Friend went to go shopping and need someone to watch her. Just a lucky chance.

---

[1] When the user utilizes the Kik application to take and transmit an image in real or nearly real time, this image is displayed in the communication with the word "Camera" underneath, and is also referred to as a Kik Camera or Live image. This is in contrast to when a user sends a saved image from their device, which could have been downloaded or taken with their native device camera application. Such an image does not bear the word "Camera" underneath in the Kik communication.

4

- ARMSTRONG:  I even sort of humped or rubbed my cock against her butt when we were rolling around a few times had her on belly and act like I having her in 'jail' and dropped my hips to push against her.
- ARMSTRONG:  Had to stop because I k kw she could feel it and I got scared if I kept doing she would say something or I would do it and cum I did it several time and did 3-4 humps each time.
- …
- ARMSTRONG:  [*Transmitted image purporting to be the girl discussed and who appears to be approximately 5 years old in the image.  This will hereafter be referred to as IMAGE THREE.*]
- ARMSTRONG:  [*Transmitted image purporting to be the girl discussed, depicted the same girl as IMAGE THREE.  This will hereafter be referred to as IMAGE FOUR.*]
- OCE:  Got the pics that time, she's cute.
- ARMSTRONG:  Yes she is. Sweet little but too.
- ARMSTRONG:  I think she would look so pretty sucking my hard cock.
- OCE:  Mmm, nice
- ARMSTRONG:  I will have to work on her too. LOL.
- OCE:  Lol. How many prospects do you have? Lol
- ARMSTRONG:  These 2. I wish more that were a sure thing. I need to play with young so bad I get hard all the time thinking about it. LOL.

12. On February 17, 2021, ARMSTRONG transmitted a number of child sexual abuse materials (CSAM) in the form of images to the OCE.  The following are excerpts of communications regarding these transmissions:

- OCE:  Seen anything good on Kik lately?...
- ...
- ARMSTRONG:  Well just scrolled down one group the get caught up and wow some nice pics.
- OCE:  Nice. Anything young?
- ARMSTRONG:  Yes.
- …
- ARMSTRONG:  Yep. I can share them with you if you are willing to share some others of your sweet one.
- ARMSTRONG:  [*Transmitted image of an approximately 7-10 year-old girl, reclining in a chair, nude, with her vagina (and breasts) visible, in which the image is centered and focused on her nude vagina.  This will hereafter be referred to as IMAGE FIVE.*]
- OCE:  Beautiful.

- OCE: [*Transmitted an image that appears to depict the OCE next to a female child, who was resting her head on the shoulder of the OCE, but it did not depict an actual child.*]
- ...
- ARMSTRONG: She is so pretty
- OCE: [*Transmitted an image that appears to depict a female child lying in bed but it did not depict an actual child.*]
- …
- ARMSTRONG: [*Transmitted an image depicting a nude female, between 14-20 years old, with nude breasts, and her legs crossed, obscuring her genitalia. This image will be referred to as IMAGE SIX.*]
- ARMSTRONG: [*Transmitted an image depicting two female children. One girl appears to be approximately 7-11 years old, and is nude except for a thong, which exposed her vagina. The other girl is approximately 5-8 years old and nude except for a skirt that covers her genitalia. The nude breasts of both girls are visible. This image will hereafter be referred to as IMAGE SEVEN.*]
- …
- ARMSTRONG: [*Transmitted an image depicting three nude girls, lying close to one another on a bed. The girls on the left and right appear to be between 5-8 years of age, and the girl in the middle appears to be 8-12 years old. The nude vaginas (and nude breasts) of all three girls are visible. This image will hereafter be referred to as IMAGE EIGHT.*]
- …
- ARMSTRONG: [*Transmitted an image depicting a nude female, approximately 10-15 years old, on a bed with her vagina (and nude breasts) visible. This will hereafter be referred to as IMAGE NINE.*]
- OCE: She's beautiful. What's your favorite age?
- ….
- ARMSTRONG: 9 to 15 I would say. Love em all lol.
- ARMSTRONG: Varries some lower sine days higher others.
- ...
- ARMSTRONG: [*Transmitted an image depicting a nude female, approximately 10-15 years old, in which her breasts are visible. Her posture obscures her vagina. This image will hereafter be referred to as IMAGE TEN.*].

13. Based on training an experience, the OCE recognized IMAGE FIVE, IMAGE SEVEN, IMAGE EIGHT, and IMAGE NINE to depict child pornography or CSAM.

14. Between February 18, 2021 to February 20, 2021, ARMSTRONG messaged the OCE regarding the OCE's 10-year-old daughter. The following are excerpts of communications regarding these transmissions:

- Armstrong: How did you start her on oral? Do you have a pic or two this morning?
- OCE: Let me see if I can find one. I only share certain ones for now.
- …..
- Armstrong: I fully understand and appreciate what you do send and know I never ever would. Share with anyone else. Just trust and I am fine with that. I will keep sharing what I can that I get in groups or if someone give permission. Whow that is hot. How did she react? When was first she did oral on you.
- ….
- OCE: Like it tickled at first, I think she wasn't really sure about it but it felt a little good, and I think she really liked that I liked it.
- Armstrong: Very nice. I bet you did. LOL. Did she say anything after or during…. Just like talking and getting tips. Pics are the bonus. Yeah I may ask but that is bc she is pretty and I am jealous of you lol and gets me horny.
- ….
- Armstrong: … So when did she try sucking you for first time then. What did u say as to why you liked doing that to her.
- …. (later in conversation)…
- OCE: You mentioned before you might be into an actual meet up with Amber down the road. Are you for real about that, or fantasizing? It's fine either way, and I'm good just talking, but just wanted to know.
- Armstrong: Omg if you are serious I would be very interested if we could pull it off!... You are serious right. No bs.
- OCE: Of course. No BS, not into fantasy, I'm for real serious about it. You?
- Armstrong: Me too. I have to do fantasy right now but 2 prime tarets. Hell yes I would love to meet and be intimate with your Amber.
- OCE: How do you see it going, and what would you be comfortable doing with her?
- Armstrong: Wow sprung that in me. I mean I would want her to know and go knda slow limits your set…. I am very interested. I have been stroking my cock looking at the pics u sent. Fantasy lol. Even some under desk rubbing here at work….. Would like to see in person. LOL I would like to caress her and finger her gave her suck me. I would love to gentle and sweetly love to slide insider her.
- OCE: I bet she would enjoy that. I would like for that to happen.
- Armstrong: You ever mention it to her. To share her?
- OCE: yeah, I've briefly brought it up.

7

- Armstrong: What did she say?
- OCE: Maybe once it gets a bit closer. She is willing and seems to be interested, a little shy but if you take it slow I think she would warm up eighth away.
- Armstrong: Nice.
- OCE: hat kind of timeframe are you thinking, if it works out
- Armstrong: What do you mean? How long with her or when to try and meet?
- OCE: I meant when to try to meet.
- …
- Armstrong: Would love to see more. LOL. Need to find way to meet… Would love to feel her stroke and suck me. And easy my hard cock into her young pussy…. I would love seeing her enjoy the pleasure. Then open her up to love it for you too…. I am so horny thinking about actually playing with your daughter as you watch and she wanting to please you by letting me enjoy her. Gets me hard.
- OCE: That's awesome. I would love it if that actually worked out.
- Armstrong: No kidding. Will need to make it happen. Patient and work in it.

15. On February 10, 2021, the Atlanta FBI obtained subscriber information for the target account used by ARMSTRONG from MediaLab, the parent company of Kik Messenger, via an exigent circumstances request. Review of the subscriber information revealed that the following IP addresses had accessed the target account:

- IP Address 68.65.105.251 at 2021/02/11 14:23:54 UTC, determined to be registered to Bright.net Internet Services, owned by parent company CNI.

- IP Address 216.201.32.115 at 2021/02/10 10:39:33 UTC, determined to be registered to Bright.net Internet Services, owned by parent company CNI.

16. The Atlanta FBI submitted administrative subpoenas to CNI / Bright.net Internet services for subscriber information to both of these IP Addresses. Results, received on February 15, 2021 and February 18, 2021, revealed the following:

- IP Address 68.65.105.251 is subscribed to Account Holder, Ineos Nitriles, USA LLC

  Service Address: 1900 Fort Amanda Road, Lima, Ohio 45804.

- IP Address 216.201.32.115 is subscribed to Jeff Armstrong, at 4789 State Route 707, Rockford, Ohio.

17. The Atlanta FBI conducted an open source Internet search for Jeff Armstrong Lima Ohio, and located a LinkedIn page for Jeffrey Armstrong, Safety and Health Manager at INEOS Nitriles. The profile included a photo that depicted the same male shown in IMAGE ONE and IMAGE TWO, transmitted by ARMSTRONG. Additionally, Cleveland FBI located an Ohio driver's

license record for Jeffrey John Armstrong, date of birth **/*/1969, at the PREMISES (4789 State Route 707, Rockford OH). The license photo matched the male depicted in IMAGE ONE and IMAGE TWO as Jeffrey John Armstrong.

18. A search of the Mercer County, Ohio Real Estate online records reveal the owners of 4789 State Route 707, Rockford, Ohio are Jeffrey J and Jennifer K Armstrong.

19. A search of the Ohio Law Enforcement Gateway reveals Jeffery John Armstrong and Jennifer K. Armstrong have current Ohio driver's licenses and registered vehicles with the address of 4789 State Route 707, Rockford, Ohio 45882.

20. On February 22, 2021, a federal search warrant was executed on Armstrong's residence and it also authorized a search of his person. An Apple IPhone cellular telephone (419-230-7980) was located in Armstrong's pants pocket.

21. Armstrong was read his Miranda rights, waived his rights, and signed the Advice of Rights form, agreeing to speak with Agents. Armstrong admitted that he used the Kik application with the username "Jj Aa" and that he opened the account around 2015. He admitted to messaging with others on Kik about sexually exploiting minors. While he initially claimed that he did so to "mess with people," he later admitted that he did so to have social conversation and maybe fill some emotional need, although he denied a sexual attraction to minors. Armstrong admitted to asking for sexually explicit images of minors and to sending sexually explicit images of minors via Kik to others he believed were adult males. Armstrong admitted that he had been communicating via Kik with "John Smith" (the OCE) regarding traveling to engage in sexual activity with the OCE's 10-year-old daughter. Armstrong claimed that this was just 'talk' and that he would never do it. However, Armstrong admitted that he had also asked others online, including the OCE, for advice about how to proceed with sexual contact with children.

22. It should be noted that during messaging with the OCE, Armstrong also advised that he "missed" seeing and "playing with young ones" and stated, "If I could find a friend that we were trusted and comfortable I would enjoy having someone share their daughter with me in person. I would be very interested in that"… . As the conversation continued, Armstrong asked if the OCE would share his daughter with a "secret friend."

## CONCLUSION

23. Based on the foregoing, there is probable cause to believe that Jeffrey John Armstrong has violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Child Pornography, and 18 U.S.C. § 2422(b), Coercion and Enticement.

24. Affiant respectfully requests that the Court issue an arrest warrant for Jeffrey John Armstrong.

                                      Respectfully submitted,

                                      Special Agent Brian E. Russ (FBI)

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
**3:55 PM, Feb 22, 2021**